

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In the Interest of T. L. B. , A. J. and L. J. v. Department of Family and Protective Services

Appellate case number:      01-20-00655-CV

Trial court case number:      2019-02943J

Trial court:      313th District Court of Harris County

At appellant's request, this appeal was dismissed for want of jurisdiction on February 9, 2021. Appellant subsequently filed two motions in this appeal: (1) a motion on February 11, 2021 requesting an extension of time to file a notice of appeal and (2) a motion on March 22, 2021 requesting an extension of time to file appellant's brief. Because the appeal was dismissed on February 9, 2021, the extension motions are **denied as moot**. This order does not affect the pending appeal by appellant in appellate case number 01-21-00081-CV.

It is so ORDERED.

Judge's signature: ____/s/ Sarah B. Landau_____
                                  Acting individually


Date: __March 30, 2021_____